**394-15**

# ELECTRONIC RECORD

COA # <u>12-13-00363-CR</u>          OFFENSE: <u>71.02</u>

STYLE: Cody Lamont Blaylock v. The State <u>of Texas</u>          COUNTY: <u>Smith</u>

COA DISPOSITION:     <u>AFFIRMED</u>          TRIAL COURT: <u>114th District Court</u>

DATE: <u>3/4/2015</u>          Publish: <u>NO</u>   TC CASE #:     <u>114-1070-10</u>

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Cody Lamont Blaylock v. The State <u>of Texas</u>          CCA #: <u>**394-15**</u>

<u>    PRO SE    </u> Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

<u>    refused    </u>          JUDGE: _____

DATE: <u>July 29, 2015</u>          SIGNED: _____          PC: _____

JUDGE: <u>    PC    </u>          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD